UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-186(2) WMW/KMM

United States of America,

          Plaintiff,

v.    **ORDER FOR APPOINTMENT OF COUNSEL**

Nicole Katherine Zetzman,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that A.L. Brown, Attorney ID 331909, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  September 15, 2021          s/ Katherine M. Menendez
                                                      Honorable Katherine M. Menendez
                                                      United States Magistrate Judge