**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 21-cr-186 WMW/KMM |
| | ) | Date: September 17, 2021 |
| Nicole Katherine Zetzman(2), | ) | Video Conference |
| | ) | Time Commenced: 1:00 p.m. |
| Defendant, | ) | Time Concluded: 1:13 p.m. |
| | | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: Chelsea Walcker, Assistant U.S. Attorney
Defendant: A.L. Brown
  X CJA

Date Charges Filed: 8/31/2021          Offense: conspiracy; aiding and abetting attempted possession with
                                                      intent to distribute methamphetamine

  X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is September 21, 2021 at 3:00 p.m. via video conference before U.S. Magistrate Judge Jon T.
Huseby for:
  X Detention hrg          X Arraignment hrg

Additional Information:
X Defendant consents to this hearing via video conference
X Oral Rule5(f) Brady notice read on the record

                                                          s/JAM
                                                Signature of Courtroom Deputy